IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HEADLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMAHA CONSTRUCTION INDUSTRY ) <br> PENSION PLAN, COMPUSYS OF ) <br> UTAH, AND IRON WORKERS UNION ) <br> LOCAL #21, ) <br> ) <br> Defendants. ) | CASE NO. 4:21-CV-3161 <br><br> **JOINT STIPULATION FOR** <br> **DISMISSAL WITH PREJUDICE** |

COMES NOW the Parties, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate to dismissal of this action, with prejudice, each party to bear its own costs and fees.

Dated this 13th day of June 2022.

| | |
|---|---|
| RICHARD HEADLEY, Plaintiff, | OMAHA CONSTRUCTION INDUSTRY PENSION PLAN, Defendant, |

By:   /s/ James C. Zalewski
    James C. Zalewski, #16090
    Olson Zalewski Wynner LLP
    575 Fallbrook Blvd., Suite 100
    Lincoln, NE  68521
    (402) 438-2500 – Phone
    (402) 438-6329 – Fax
    jzalewski@ozwlaw.com

    Attorney for Plaintiff

By:   /s/ Aaron A. Clark
    Aaron A. Clark, #20045
    McGrath North Mullin & Kratz, PC LLO
    Suite 3700 First National Tower
    1601 Dodge Street
    Omaha, NE  68102
    (402) 341-3070 – Phone
    (402) 341-0216 – Fax
    aclark@mcgrathnorth.com

    Attorney for Defendant Omaha
    Construction Industry Pension Plan

COMPUSYS OF UTAH, Defendant,

By:   /s/ Earl G. Greene, III
    Earl G. Greene, III, #17054
    A. Victor Rawl, Jr., #24352
    Gordon & Rees, LLP
    301 S. 13th Street, Suite 400
    Lincoln, NE  68508
    (843) 714-2504 – Phone
    eggreene@grsm.com
    vrawl@grsm.com

    Attorneys for Defendant
    CompuSys of Utah

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 13, 2022, the above and foregoing **Joint Stipulation for Dismissal with Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

James C. Zalewski
Olson Zalewski Wynner LLP
575 Fallbrook Blvd., Suite 100
Lincoln, NE  68521
*jzalewski@ozwlaw.com*
Plaintiff's counsel

Earl G. Greene, III
A. Victor Rawl, Jr.
Gordon & Rees, LLP
301 S. 13th Street, Suite 400
Lincoln, NE  68508
*eggreene@grsm.com*
*vrawl@grsm.com*
Defendant CompuSys of Utah's Counsel

                                                                       /s/ Aaron A. Clark
                                                                       Aaron A. Clark