IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD HEADLEY,<br><br>   Plaintiff,<br><br>vs.<br><br>OMAHA CONSTRUCTION INDUSTRY PENSION PLAN,<br><br>   Defendant. | 4:21-CV-3161<br><br>JUDGMENT |

  On the parties' Joint Stipulation for Dismissal with Prejudice (filing 49), this case is dismissed with prejudice, each party to bear its own costs and fees.

  Dated this 14th day of June, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge